Submitted April 3, reversed April 29, 2009

In the Matter of F. F. W.,
Alleged to be a Mentally Ill Person.

STATE OF OREGON,
*Respondent,*

*v.*

F. F. W.,
*Appellant.*

Umatilla County Circuit Court
MC080015; A138769

206 P3d 1212

■■■■■■■■■■■■■

Michael Breiling filed the brief for appellant.

John R. Kroger, Attorney General, Erika L. Hadlock, Acting Solicitor General, and Kailana Piimauna, Assistant Attorney General, filed the brief for respondent.

Before Haselton, Presiding Judge, and Armstrong, Judge, and Rosenblum, Judge.

PER CURIAM

■■■■■■

.

## PER CURIAM

Appellant in this mental commitment case appeals a judgment recommitting her to the Mental Health Division for a period of time not to exceed 180 days. ORS 426.307(6). The trial court found that appellant remains mentally ill and is unable to provide for her basic personal needs. A discussion of the facts would be of no benefit to the bench, the bar, or the public. The state concedes that the record does not contain clear and convincing evidence to support the judgment of involuntary commitment. On *de novo* review, we agree that the evidence is insufficient to establish that, because of appellant's mental disorder, she is unable to provide for her basic personal needs, and, consequently, we accept the concession.

Reversed.